Tatyana Vladimirovna **MIRONOVA**; Genadiy L. Mironov; Anna Genadievna Mironova; Anton Gennakyevito Mironov, Petitioners,

v.

**IMMIGRATION AND NATURALIZATION SERVICE; Curtis J. Aljets, District Director, St. Paul, Minnesota INS; Janet Reno, Attorney General of the United States, Respondents.**

No. 00–3221.

United States Court of Appeals, Eighth Circuit.

Submitted May 16, 2001.

Filed Oct. 18, 2001.

Before LOKEN, GIBSON, and FAGG, Circuit Judges.

PER CURIAM.

Tatyana Vladimirovna Mironova, her husband, and two children (collectively the Mironovas) are citizens of Ukraine. They applied to the Immigration and Naturalization Service (INS) for asylum and withholding of deportation asserting they have a well-founded fear of persecution in Ukraine based on their religious beliefs. An immigration judge rejected their assertion because of inconsistencies between the Mironovas first and second asylum applications. The Board of Immigration Appeals (BIA) denied their appeal, noting the IJ rejected the Mironovas testimony about persecution as incredible. The BIA also held that even if the testimony was credible, the application would fail anyway because religious freedom is no longer denied in Ukraine since the 1991 overthrow of the Communist regime. The BIA concluded the Mironovas lacked a well-founded fear of persecution based on their religion and thus did not qualify for asylum or withholding of deportation. The Mironovas petition for review and, having carefully re-

viewed the record, we conclude substantial evidence supports the BIA's factual findings and the BIA did not abuse its discretion in denying asylum and withholding of deportation. *Valioukevitch v. INS,* 251 F.3d 747, 749–50 (8th Cir.2001). We deny the petition for review for the reasons stated by the BIA. *See* 8th Cir. R. 47B.